JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Theresa Brooke<br><br>          Plaintiff,<br><br>v.<br><br>RWH Holdings, Inc<br><br>          Defendants. | Case No.  CV 17-01126-AB (GJSx)<br><br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __45  days,__ to re-open the action if settlement is not consummated.   This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  May 3, 2017          _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE